UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>MICHAEL JEROME SMITH,<br><br>        Defendant. | NO. CR-02-233-EFS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** |

In August 2002, Plaintiff United States filed an Indictment charging Defendant Michael Jerome Smith with Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. §§ 371, 1343.  (Ct. Rec. 1.)  After Mr. Smith pleaded guilty to the single-count Indictment in July 2005 (Ct. Rec. 85), the Court sentenced him to 18 months imprisonment and three (3) years supervised release.  (Ct. Rec. 124.)  Mr. Smith was released and began serving his supervised release term on May 23, 2007.  By all accounts, Mr. Smith has done very well while on supervised release.  Mr. Smith lives in Georgia, timely reports to his supervising probation officer, is gainfully employed with an Atlanta-based news distributor, and is active in his church.  Based on his compliance to date, Mr. Smith seeks

ORDER ~ 1

1 to terminate his supervised release approximately nine (9) months early.
2 The United States Probation Office supports this request; the Government
3 takes no position on the matter.  Given Mr. Smith's compliance to date,
4 the Court finds that early termination is appropriate.
5     Accordingly, **IT IS HEREBY ORDERED:** Defendant's Motion for Early
6 Termination of Supervised Release **(Ct. Rec. 128)** is **GRANTED.**
7     **IT IS SO ORDERED.**  The District Court Executive is directed to enter
8 this Order and to provide copies to counsel and the U.S. Probation
9 Office.
10     **DATED** this 15th   day of September 2009.
11
12                                              S/ Edward F. Shea
                                                   EDWARD F. SHEA
13                                     United States District Judge
14 Q:\Criminal\2002\233.SRV.Term.wpd
15
16
17
18
19
20
21
22
23
24
25
26

ORDER ~ 2